# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUCKIE COCHRAN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>S.A. HOLENCIK, Warden, et al.,<br><br>　　　　　Respondents. | NO. CV 08-05802 SS<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 11, 2008　　　　　　　　　　　　　　/S/

　　　　　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE